FEDERAL COURT TEXAS DIVISION
SOUTHERN DISTRICT ~~CORPUS CHRISTI~~

United States District Court
Southern District of Texas
FILED
OCT 28 2016
David J. Bradley, Clerk of Court

JERRY BUTLER SMITH JR.
        VS
TDCJ Parole Board, Gateway Foundations and all Vendors

On the date of 09-26-2016, "I was viscously attacked on the Glossbrenner Unit in San Diego Tx. At 5:00pm I turned the television to mandatory news station, which had been agreed upon by all peers on the building 3-A dorm. A peer named Joshua Spinn stood up and stated that he was going to watch the program that was on or no one would watch anything, then Mr. Spinn turned said TV off. I turned the T.V. back on, Mr. Spinn then invited me to fight, I told Mr. Spinn that I wasn't going to fight him over the T.V. or anything else, that I was going home on time. I turned to walk away and Mr. Spinn hit me in my left ear. I walked to the exit door to get help from officers following a TDCJ and Gateway policy. While waiting on officers to open said exit door, Mr. Spinn attacked me again in front of officers Quiroz and Mrs. Molina. Mr. Spinn caused a cut above my left eye, causing severe swelling to my left eye and extreme pain in my left ear lobe area and swelling in my left jaw. IF I would have defended myself, I would have received what Gateway calls treatment and a 30 day extension. I am not using the grievance system, reason why #1 in my eperience using TDCJ grievence procedure, it only gives them a warning and time to alter their official reports, or cover this violent program that costs American tax-payers millions of ~~dollar~~ dollars every year. After being taken to the infirmary, Captian Villareal informed me that she was moving me from Dorm 3-A where I had been since my begin date of 07-05-2016. I then asked Captian Villareal why, she stated that all peers said that you started it. I then said they know that I didn't do anything, they are mad, upset and angry because I follow Gateway policy and hold ~~acco~~ accountability. I had written over 80 slips or tickets on peers negative behaviors and my peers where calling me programmer snitch, rat, police and wanna be cop. I am bringing to the

Court attention that on 07-24-2015 and at 12:30 am, I was attacked by 3 gang members on building 3, dorm C. here on the Glossbrenner Unit, a unit that houses Gateway client. On 07-22-2015 and 07-23-2015, I also went to the exit because peers tried to get me to fight in the back or in the shower area. The three 3 men that attacked me last year did belong to the latin king gang association for the courts attention I did defend myself and received treatment ATP, 30 day, BC and a 30 day extension for defending myself when I was attacked in my bunk asleep. This is always a potential violent program, that violates the PREA LAW for safe prisons act. The main reason why there is such violence in the Gateway programs, is the policy of holding other peers accountable, in a prison environment it is considered snitching and not safe to anyones health. Clients now call me catch out, Bitch, Snitch, coward all because I chose to follow Gateway Foundation Policies. I would also like to bring to the courts attention that Gateway foundation does use child predator, methods, techniques and tattics on already, abused clients, if you were a good kid, client we wouldnt be giving you this forced treatment or sex, I am giving you this treatment, sex because you are a bad child that has all the negative ways or behaviors. IF you are a good client or child you can go outside and play, watch TV, if someone attacks you dont defend yourself, tell us in a prison environment and become a snitch, bitch, rat, police, ho and a cop. You also get to sport aches, pains, swellings, with a cut over your eye, along with your eye almost shut from the swelling. This program has had a 93 percent rate of return since it begin in the Texas Penal system in 1992. Clients are leaving this program and are committing suicide, Over-dosing, Dying in our addictions, this program does every thing A.A. or ALCOHOLICS ANONYOMUS says NOT to do as far as recovery goes. When clients leave the Gateway Foundations treatment facilities, we want nothing ever to do with them or their abusive # treatment, it's a bad memory that we try to hide, just like when we were able to escape from childhood predator

attackers. IF this is recovery, then we want nothing to do with it and that is why Gateway Foundations ran by Texas Parole Board, has a 50% return rate within 6 months, 62 percent within 1 year and a staggering 93 percent within 3 years, with over 50 percent with new felony charges and convictions. I do pray that the Federal Court will investigate, "with out giving TDCJ parole board and Gateway Foundations a chance to cover their negligent actions and policies. I am filing on forced cruel and unusal punishment, failure to protect and frauduantly deceiving our American people, to make money off of the abused, fatherless, poor and needy people of America or the uneducated. I do hereby give, grant the United State Federal Court permission to look into my medical history, and chemical treatment therapy, that I am now receiving on the Glossbrenner Unit in San Diego TX.

Date of 10, 04, 2016

Submitted By: Jerry Butler Smith Jr.

*Jerry Butler Smith Jr. 10-04-2016*

This complaint is not against any officer or Gateway counselor, but against the leaders of the Texas Parole Board and Gateway Foundation. The assaults happened to me and thousands of other clients and peers since it started in the Texas Prison System in 1992. The procedures, methods, and policies creates violent environments that are not ~~safe~~ safe and are unfit for any humanbeing. They are cruel and unusual methods, the same ones that sick child molesters use on little terrified children, innocent children, just like over 90 percent of Gateway clients were, when we first had to face these insane and sick methods as innocent children. These same methods that took us into our addictions and has kept us in our addictions and will keep us in our addictions, because of the forceful, beastly punishment mixed in supposed recovery and behavior modification. Clients are ~~med~~ mentally, pyshically abused in these Gateway Foundation programs. With the same exact results of almost no true recovery for any client what so ever.

Jerry Smith
10-10-16

Jerry Smith 2071836
Glossbrenner Unit
5100 S FM 1329
San Diego Tx. 78384

Legal Mail

CORPUS CHRISTI
TX 784
25 OCT 2016 PM 3 T

United States District Court
Southern District of Texas
FILED
OCT 28 2016
David J. Bradley, Clerk of Court

David Bradley, Clerk
United States Southern District
Court of Houston
P.O. Box ~~61010~~ 61010
Houston Tx. ~~77208~~ 77208

7720861010