IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JERRY BUTLER SMITH JR, | § |
| Plaintiff, | § |
| VS. | § CIVIL NO. 2:16-CV-478 |
| TDCJ PAROLE BOARD, *et al*, | § |
| Defendants. | § |

## ORDER

Before the Court is the June 26, 2018 Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 48. No party has filed objections to the M&R, and the time to file objections has passed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections; FED. R. CIV. P. 72(b)(2) (same); *see also* Dkt. No. 48 at 7 (advising parties of the 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court adopts the proposed M&R in its entirety. The Court hereby **DISMISSES WITH PREJUDICE** Plaintiff's claims. The Court will order entry of final judgment separately.

SIGNED this 3rd day of October, 2018.

_____
Hilda Tagle
Senior United States District Judge